1  STEVEN J. BREWER, Esq. (State Bar No. 94889)
   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
2  1999 Harrison Street, Suite 1600
   Oakland, CA 94612-3528
3  Telephone:   510-832-5411
   Facsimile:   510-832-1918
4
   Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAYELI MENDEZ and HECTOR MARTINEZ

Plaintiffs,

vs.

UNITED STATES OF AMERICA

Defendant.
_____/

Case No. C07-02544 VRW

**COMPLAINT FOR DAMAGES RE MEDICAL NEGLIGENCE AND DEMAND FOR JURY TRIAL**

Plaintiffs, NAYELI MENDEZ and HECTOR MARTINEZ, complain of defendant for a first cause of action for medical negligence and allege:

1. Plaintiffs NAYELI MENDEZ and HECTOR MARTINEZ, are residents of the City of Oakland, California, County of Alameda.

2. At all times herein mentioned Philip Bannawart, MD was employed at the LA CLINICA DE LA RAZA-FRUITVALE HEALTH PROJECT (hereinafter "La Clinica") in Oakland, California. Philip Bannawart, MD was a physician duly licensed to practice his profession within the United States.

3. At all times herein mentioned La Clinica was a federally supported health center under the Federally Supported Health Centers Assistance Act of 1992, as amended,

operating in Oakland, California.

4. At all times herein mentioned the individual listed in paragraph 2 was an employee of defendant United States of America acting within the course and scope of his employment.

5. Prior to October 8, 2005 and continuing thereafter NAYELI MENDEZ and her baby were evaluated, examined, diagnosed and treated by the personnel of La Clinica, 1515 Fruitvale Avenue, Oakland, California 94601.

6. On or about October 8, 2004, plaintiff NAYELI MENDEZ presented herself to Alta Bates Medical Center for the purposes of delivering her baby. La Clinica and its employee, Philip Bannawart, MD negligently and carelessly evaluated, examined, diagnosed treated and delivered plaintiff NAYELI MENDEZ and her baby, causing injury and damage to baby Isaac Mendez resulting in his death.

7. At all times mentioned herein, Philip Bannawart, MD failed to exercise the degree of care and skill required of physicians at the time and under like and similar circumstances in the delivery of plaintiffs' baby, Isaac Mendez.

8. As a result of defendant's negligence, plaintiffs NAYELI MENDEZ and HECTOR MARTINEZ suffered the death of their son Isaac Mendez, were emotionally traumatized and continue to suffer serious emotional distress.

9. The general or non-economic damages have a value in excess of $500,000.00.

10. Plaintiff filed a claim with the United States Department of Health and Human Services on or about May 8, 2006. On November 16, 2006 the Department of Health & Human Services denied plaintiffs' administrative tort claim requiring plaintiffs to file suit within six months pursuant to 28 U.S.C. § 2401(b). Plaintiffs have complied with all applicable claim statutes and have exhausted all their administrative remedies as a prerequisite to the commencement of this civil action.

WHEREFORE, plaintiffs demand judgment against the defendant in the amount of $500,000.00, as well as costs incurred, reasonable attorney's fees, and such other and further relief as this Court may deem just and proper under the circumstances.

1  Plaintiffs demand a trial by jury.

3  DATED: May 14, 2007    Respectfully submitted,

GWILLIAM, IVARY, CHIOSSO,
CAVALLI & BREWER

By: _____
STEVEN J. BREWER
Attorneys for Plaintiff

84961

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

-3-
COMPLAINT FOR DAMAGES RE MEDICAL NEGLIGENCE AND DEMAND FOR JURY TRIAL
*Mendez v. United States of America*, Case No.