**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYELI MENDEZ and HECTOR MARTINEZ, | No. C 07-2544 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for August 21, 2007 has been **continued to Tuesday, August 28, 2007 at 9:00 a.m.**  To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 21, 2007

                                                  FOR THE COURT,
                                                  Richard W. Wieking, Clerk

                                                  By: *Cora Klein*
                                                  Cora Klein, Courtroom Deputy Clerk to
                                                  Chief Judge Vaughn Walker