SCOTT N. SCHOOLS (South Carolina BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
KATHERINE B. DOWLING (SBN 220767)
Assistant United States Attorney

    United States Attorney's Office
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-6833
    Facsimile:    (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NAYELI MENDEZ & HECTOR MARTINEZ, | ) ) ) | No. C 07-02544 VRW |
| Plaintiff, | ) ) | DEFENDANT'S ANSWER TO THE COMPLAINT |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

    Defendant United States of America ("Defendant") hereby responds to the complaint for damages filed by plaintiffs Nayeli Mendez and Hector Martinez as follows:

1.    Defendant is without knowledge or information sufficient to form a belief as to Plaintiffs' residence.

2.    Defendant admits only that Dr. Bannwart was a licensed physician and a deemed employee for purposes of FTCA coverage at all times relevant to this complaint.

3.    Defendant admits the averments in paragraph 3.

4.    Defendant admits only that Dr. Bannwart was a deemed employee for purposes of FTCA coverage at all times relevant to this complaint.

5.    Defendant admits only that Plaintiff Nayeli Mendez received prenatal care at the Health Center, and further avers that Dr. Bannwart provided health care to Plaintiff Nayeli

C 07-02544 VRW ANSWER

1    Mendez and her son until the date of his birth. Defendant denies the remaining allegations

2    in this paragraph.

3    6.    Defendant admits that Plaintiff Nayeli Mendez presented to Alta Bates Medical Center on

4    October 7, 2004.  Defendant denies the averments in the second sentence of paragraph 6.

5    7.    Defendant denies the averments in paragraph 7.

6    8.    Defendant denies the averments in paragraph 8.

7    9.    Defendant denies the averments in paragraph 9.

8    10.    Defendant admits the averments in paragraph 10.

9    The next paragraph, beginning "Wherefore," contains Plaintiffs' claims for damages, to

10   which no response is required, but insofar as a response is required, Defendant denies the

11   averments in this paragraph.

12   All allegations not specifically responded to above are denied.

13                          **FIRST AFFIRMATIVE DEFENSE**

14   Plaintiffs fail to state a claim upon which relief may be granted.

15                         **SECOND AFFIRMATIVE DEFENSE**

16   Defendant United States, through its employees, agents, and servants, acted at all relevant

17   times with due care and diligence and therefore the United States did not breach any actionable

18   duty owed to Plaintiffs.

19                          **THIRD AFFIRMATIVE DEFENSE**

20   In the event that Defendant United States is found negligent, which negligence Defendant

21   denies, such negligence is not the cause in fact or proximate cause of alleged damages suffered

22   by Plaintiffs.

23                         **FOURTH AFFIRMATIVE DEFENSE**

24   Plaintiffs accepted a known risk inherent in the treatment described in the Plaintiffs'

25   Complaint.

26                          **FIFTH AFFIRMATIVE DEFENSE**

27   The United States is not liable for attorneys' fees except as provided for by the Federal

28   Torts Claims Act.  28 U.S.C. § 2678. Plaintiffs are not entitled to a jury trial.

C 07-02544 VRW ANSWER

1

**SIXTH AFFIRMATIVE DEFENSE**

2
3

Pursuant to 28 U.S.C. § 2674, Defendant United States is not liable for interest prior to judgment or for punitive or special damages.

4

**SEVENTH AFFIRMATIVE DEFENSE**

5
6

Pursuant to 28 U.S.C. § 2675(b), Plaintiffs cannot recover more in damages than demanded in their administrative claim.

7

8

9

Respectfully submitted,
SCOTT N. SCHOOLS

10

United States Attorney

11

Dated: July 23, 2007                    By:        _____/s/_____

12

KATHERINE B. DOWLING
Assistant United States Attorney

13

Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28