UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYELI MENDEZ and HECTOR MARTINEZ,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C07-02544 VRW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

  Non-binding Arbitration (ADR L.R. 4)

  Early Neutral Evaluation (ENE) (ADR L.R. 5)

√  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**

    Private ADR *(please identify process and provider)*:

The parties agree to hold the ADR session by:

√  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: 8/1/07

                      STEVEN J. BREWER
                      Attorney for Plaintiffs

Dated: 8-1-07

                      /s/
                      KATHERINE B. DOWLING
                      Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration

    Early Neutral Evaluation

    (ENE) Mediation

    Private ADR

Deadline for ADR session

    90 days from the date of this order

    Other

IT IS SO ORDERED.

Dated: _____

                                                 UNITED STATES DISTRICT JUDGE