UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  August 28  2007

**C 07-2544  VRW**      **Nayeli Mendez et al**   v  **United States of America**

Attorneys : For Plaintiff(s):    Steven Brewer

 For Defendant(s):    Katherine Dowling

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held.

Further Case Management Conference:  01/31/2008  at 3:30 p.m.

ADR to be used: Parties did not agree to ADR at this time.

Fact Discovery Cutoff:  3/31/08          Designation of Experts/Reports:  4/14/08
Rebuttal Expert/Report:  4/30/08         Experts Discovery Cutoff:  5/14/08


SCHEDULE:

DISPOSITIVE MOTIONS HEARING:   8/14/2008 at 2:30 p.m.

PRETRIAL CONFERENCE:  9/25/2008 at 3:30 p.m. (including motions in limine)


Order to be prepared by:     Plntf_____    Deft_____    Court_x_