ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

September 11, 2007

Steven James Brewer
Gwilliam Ivary Chiosso Cavali & Brewer
1999 Harrison St Ste 1600
Oakland, CA 94604-2079
(510) 832-5411

Katherine Burke Dowling
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495
415-436-6833

Re:   Mendez v. United States of America
      Case No. C 07-02544 VRW MED

Dear Counsel:

   The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the Mediation referral. We would like to schedule this for **Tuesday, September 18, 2007 at 2:00 p.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator