SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   Facsimile: (415) 436-6927
   Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAYELI MENDEZ & HECTOR MARTINEZ,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | No. C 07-2544 VRW<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

**TO: THE COURT AND TO PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that Defendant UNITED STATES OF AMERICA has substituted the following counsel for Katherine B. Dowling, AUSA:

    Neill T. Tseng
    Assistant United States Attorney
    450 Golden Gate Ave., 9th Floor
    San Francisco, CA 94102
    Phone: (415) 436-7155
    Fax:    (415) 436-6927
    Email: neill.tseng@usdoj.gov

It is requested that copies of all correspondence, discovery, pleadings, and orders be served on Neill T. Tseng, AUSA.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: December 14, 2007

/s/
NEILL T. TSENG
Assistant United States Attorney