JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6927
Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAYELI MENDEZ & HECTOR MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. C 07-2544 VRW<br><br>STIPULATION EXTENDING TIME FOR DISCOVERY<br><br>[PROPOSED ORDER] |

　　　　Subject to the approval of the Court, the parties hereby stipulate that the date for the close of fact discovery previously set for March 31, 2008, is enlarged to **April 30, 2008**; the cut-off for initial expert reports previously set for April 14, 2008, is enlarged to **May 14, 2008**; the date for the close of expert discovery previously set for May 14, 2008, is enlarged to **June 16, 2008**; the date for hearing dispositive motions previously set for August 14, 2008, at 2:30 p.m. is enlarged to **September 18, 2008, at 2:00 p.m.**; and the date for the pretrial conference (including motions in limine) previously set for September 25, 2008, at 3:30 p.m. is enlarged to **October 28, 2008**, **at 9:00 a.m.**

　　　　An extension is required because plaintiff Nayeli Mendez is planning to give birth by Cesarean section on February 15, 2008, which will delay the discovery process.

This is the first request for an extension of time for discovery. The trial date has not been calendered, and therefore, this enlargement of time for discovery will not cause delay in the trial timing.

DATED: January 31, 2008        By:        /s/_____
                                          STEVEN J. BREWER
                                          Attorney for Plaintiffs


                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


DATED: January 31, 2008        By:        /s/_____
                                          NEILL T. TSENG
                                          Assistant United States Attorney
                                          Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:                                    _____
                                          HONORABLE VAUGHN R. WALKER
                                          UNITED STATES DISTRICT CHIEF JUDGE