JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6927
Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NAYELI MENDEZ & HECTOR MARTINEZ, | ) | No. C 07-2544 VRW |
|---|---|---|
| Plaintiffs, | ) ) ) | [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

It is hereby ordered that Defendant's agency representative Mr. Richard Bergeron shall be allowed to appear at the mediation session in the above referenced matter on March 27, 2008, via telephone pursuant to ADR LR 6-9(d).

Dated: 3/26/08

WAYNE D. BRAZIL
United States Magistrate Judge

*If request next time is untimely (in violation of Local Rules) it will be denied summarily.* WB

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION
C 07-2544 VRW                    -1-