**United States District Court**
**Northern District of California**

| | |
|---|---|
| Mendez | No. C 07-02544 VRW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| United States of America | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on **3/27/2008.**

2. Did the case settle?   **Yes, fully settled.**

3. If the case did not settle fully, is any follow-up contemplated?

   another session scheduled for

   phone discussions expected by

   no

**4.   IS THIS ADR PROCESS COMPLETED?   Yes.**

Dated:   4/10/2008           /s/
                             **Mediator**, **Sue J. Stott**
                             Thelen Reid Brown Raysman & Steiner, LLP
                             101 Second St., Suite 1800
                             San Francisco, CA 94105-3606

**Certification of ADR Session**
07-02544 VRW MED